Tambra, your order has been received and a confirmation email will be sent to

## ORDER #: 23191074

Order Date: July 16, 2024



By Together Cropped Mock Neck Tank (Contemporary)   $9.00

Black    S/M

Qty: 1

Processing Fee    $3.00

Qty: 1

FINAL SALE: Cannot Be Returned or Exchanged

| | |
|---|---|
| Subtotal | $9.00 |
| Fees | $3.00 |
| Shipping | FREE |
| Taxes | $0.75 |
| Total | $12.75 |