

## United States District Court
## Eastern District of California

TAMBRA RECEK

Plaintiff(s)

V.

VON MAUR, INC

Defendant(s)

Case Number: 1:25-cv-00044-JLT-SKO

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Leslie Pescia hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

TAMBRA RECEK

On 03/22/2022 (date), I was admitted to practice and presently in good standing in the State of Alabama (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/10/2025          Signature of Applicant: /s/ Leslie Pescia

**Pro Hac Vice Attorney**

Applicant's Name:                    Leslie Pescia

Law Firm Name:                      SIRI & GLIMSTAD LLP

Address:                            101 North Seventh Street

                                    #827

City:          Louisville          State:    KY      Zip:    40202

Phone Number w/Area Code:    (772) 783-8463

City and State of Residence:    Muscle Shoals, AL

Primary E-mail Address:         lpescia@sirillp.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:            Kyle McLean

Law Firm Name:                   SIRI & GLIMSTAD LLP

Address:                         700 S. Flower Street, Suite 1000

City:          Los Angeles        State:    CA      Zip:    90017

Phone Number w/Area Code:    (213) 297-5195        Bar #    330580

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/11/2025                    *Sheila K. Oberto*

                                    JUDGE, U.S. DISTRICT COURT