1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMBRA RECEK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>VON MAUR, INC.,<br><br>    Defendant. | Case No. 1:25-cv-00044-JLT-SKO<br><br>**ORDER GRANTING STIPULTION TO EXTEND THE TIME FOR DEFENDANT VON MAUR, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 10)<br><br>Complaint Filed:   January 9, 2025 |

---

**ORDER GRANTING STIPULTION TO EXTEND THE TIME FOR DEFENDANT VON MAUR, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**
**Case No. 1:25-cv-00044-JLT-SKO**

**ORDER**

Pursuant to the parties' Stipulation to Extend the Time for Defendant Von Maur, Inc. to Respond to Plaintiff's Complaint ("Stipulation") (Doc. 10), IT IS SO ORDERED:

    (1)    The Stipulation is GRANTED; and

    (2)    Defendant Von Maur, Inc. shall have up to and including April 9, 2025, to respond to Plaintiff's Complaint.

    (3)    Plaintiff Tambra Recek shall have up to and including May 9, 2025, to file any opposition or amendment in response to any motion filed by Defendant; and

    (4)    Defendant shall have up to and including May 30, 2025, to file any reply papers in support of any motion filed in response to the Complaint.

IT IS SO ORDERED.

Dated:   **March 11, 2025**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER GRANTING STIPULTION TO EXTEND THE TIME FOR DEFENDANT VON MAUR, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**
**Case No. 1:25-cv-00044-JLT-SKO**