1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMBRA RECEK, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VON MAUR, INC.,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00044-JLT-SKO<br><br>**ORDER GRANTING STIPULTION TO EXTEND THE TIME FOR DEFENDANT VON MAUR, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 13) |

# ORDER

Based on the parties' stipulation, (Doc. 13), and for good cause shown, IT IS HEREBY ORDERED, that Defendant VON MAUR, INC., shall file its pleadings responsive to Plaintiff TAMBRA RECEK's Complaint, (Doc. 1), on or before May 9, 2025.

IT IS FURTHER ORDERED that if Defendant responds to Plaintiff's Complaint with a motion, Plaintiff shall file any opposition to that motion on or before June 9, 2025, and Defendants shall file any optional reply on or before June 30, 2025.

IT IS SO ORDERED.

Dated:  **March 31, 2025**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE