**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMBRA RECEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VON MAUR, INC.,<br><br>Defendant. | Case No. 1:25-cv-00044-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANT VON MAUR, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 15) |

**ORDER**

Based on the parties' stipulation, (Doc. 15), and for good cause shown, IT IS HEREBY ORDERED, that Defendant VON MAUR, INC., shall file its pleadings responsive to Plaintiff TAMBRA RECEK's Complaint, (Doc. 1), on or before June 6, 2025.

IT IS FURTHER ORDERED that if Defendant responds to Plaintiff's Complaint with a motion, Plaintiff shall file any opposition to that motion on or before July 7, 2025, and Defendants shall file any optional reply on or before July 28, 2025.

IT IS SO ORDERED.

Dated:   **May 12, 2025**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE