# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMBRA RECEK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>VON MAUR, INC.,<br><br>　　　　　　　Defendant. | Case No. 1:25-cv-00044-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANT VON MAUR, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:   January 9, 2025 |

Pursuant to the parties' Stipulation to Extend the Time for Defendant Von Maur, Inc. to Respond to Plaintiff's Complaint ("Stipulation") (Doc. 20), IT IS SO ORDERED:

(1) The Stipulation is GRANTED;

(2) Defendant Von Maur, Inc. shall have up to and including July 7, 2025, to respond to Plaintiff's Complaint;

(3) Plaintiff Tambra Recek shall have up to and including August 4, 2025, to file any opposition or amendment in response to any motion filed by Defendant; and

(4) Defendant shall have up to and including August 25, 2025, to file any reply papers in support of any motion filed in response to the Complaint.

IT IS SO ORDERED.

Dated:   **June 3, 2025**　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

**ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANT VON MAUR, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**
**Case No. 1:25-cv-00044-JLT-SKO**