Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Christoper Stretch (CA 166752)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
cstretch@beneschlaw.com

Attorneys for Defendant
Von Maur, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMBRA RECEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Von Maur, Inc.,<br><br>Defendant. | Case No. 1:25-cv-00044-JLT-SKO<br><br>**DEFENDANT VON MAUR, INC.'S NOTICE OF ERRATA TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:         September 23, 2025<br>Time:        9:00 a.m.<br>Location:  Courtroom 4, 7th floor<br>Judge:      Jennifer L. Thurston |

**NOTICE IS HEREBY GIVEN** that the following *errata* is made to Defendant Von Maur, Inc.'s Notice of Motion and Motion to Dismiss First Amended Complaint; Memorandum of Points and Authorities in Support Thereof ("Memo"). [Dkt. No. 25.]

1. Page 11, line 17 states "Plaintiff never responded." This statement should read: "Plaintiff's response never mentioned breach of contract."

Defendant apologizes for the error. The corrected version of the Memo is attached hereto as **Exhibit A**.

Dated: August 19, 2025

Respectfully submitted,

*s/ Meegan B. Brooks*
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
CHRISTOPHER STRETCH (CA 166752)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
Email: ssheridan@beneschlaw.com
       mbrooks@beneschlaw.com
       cstretch@beneschlaw.com

Attorneys for Defendant
Von Maur, Inc.